UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICENTE ERAZO, JOSE NERY, and
RUFINO VALLES

                Plaintiffs,

   -against-

I AND D GLATT MARKET, INC. *doing business as* I AND D GLATT, I AND D GLATT 2, INC., and DAVID YIZHAKY,

                Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-2748 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On June 11, 2021, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiffs Vicente Erazo, Jose Nery and Rufino Valles and Defendants I and D Glatt Market, Inc. d/b/a I and D Glatt, I and D Glatt 2, Inc. and David Yizhaky submitted a motion seeking approval of an individual Settlement Agreement and Release for each Plaintiff (the "Settlement Agreements").[1] *See* DE [29]. On July 12, 2021, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [33].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreements' terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Docket Entry ("DE") [32]; Order dated June 28, 2021.

(S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreements are approved, and the Clerk of the Court is directed to close this case.

Dated:     Central Islip, New York    **SO ORDERED.**
           July 12, 2021

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge